## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CORNELIUS JOSEPH MCCASTLE,
ADC # 143801                                                                                                    PLAINTIFF

v.                           Case No. 2:10CV00062 JLH-JJV

CORRECTIONAL MEDICAL SERVICES,
East Arkansas Regional Unit, ADC; *et al.*                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 25) should be GRANTED;

2. Plaintiff's Complaint (Doc. No. 2) should be dismissed without prejudice for failure to exhaust administrative remedies;

3. All remaining pending motions should be denied as MOOT; and

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 24th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE