**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CORNELIUS JOSEPH MCCASTLE,
ADC # 143801                                                                                              PLAINTIFF

v.                             Case No. 2:10CV00062 JLH-JJV

CORRECTIONAL MEDICAL SERVICES,
East Arkansas Regional Unit, ADC; *et al.*                                              DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 24th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE